**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☑ _____ Original Plan
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Salimaa Mohammed Hernandez     JOINT DEBTOR: _____     CASE NO.: 19-24794-AJC
SS#: xxx-xx- 1131                      SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☑ Not included |
| Nonstandard provisions, set out in Section VIII | ☑ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $3,661.92 for months 1 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**      ☐ NONE    ☐ PRO BONO

| Total Fees: | $4,960.00 | Total Paid: | $1,310.00 | Balance Due: | $3,650.00 |
|---|---|---|---|---|---|
| Payable | $182.50 | /month (Months 1 to 20 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Base Attorney's Fees: $4,500.00; Expenses: $150.00; Clerk's filing fee: $310.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Planet Home Lending, LLC
   Address: 321 Research Pky
            Suite 303
            Meriden, CT, 06450

   Arrearage/ Payoff on Petition Date     Projected Arrearage on petition date: 16,655.18
   Regular Payment (Maintain)             $2,681.20   /month (Months 1 to 60 )
   Arrears Payment (Cure)                 $155.92     /month (Months 1 to 20 )
   Arrears Payment (Cure)                 $338.42     /month (Months 21 to 60 )

   Last 4 Digits of Account No.: 0121

   Other: _____

LF-31 (rev. 10/3/17)                Page 1 of 4

Debtor(s): Salimaa Mohammed Hernandez     Case number: 19-24794-AJC

- ■ Real Property
  - ■ Principal Residence
  - ☐ Other Real Property

Check one below for Real Property:
- ■ Escrow is included in the regular payments
- ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
1421 N.W. 175th Street
Miami, FL 33169-4660

☐ Personal Property/Vehicle

Description of Collateral: _____

2. Creditor: Acceptance Now
   Address: 5501 Headquarters Dr
            Plano, TX 75024

   Arrearage/ Payoff on Petition Date  Payoff on Petition Date: $1,815.00
   Payoff                               $30.25  /month (Months  1  to  60 )

   Last 4 Digits of Account No.: _____
   Other: _____

- ☐ Real Property
  - ☐ Principal Residence
  - ☐ Other Real Property

Check one below for Real Property:
- ☐ Escrow is included in the regular payments
- ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: Dining room table and chairs and four bedroom sets consisting of queen size beds, nightstands, and dressers

3. Creditor: NPRTO Florida, LLC
   Address: 256 West Data Dr
            Draper, UT 84020

   Arrearage/ Payoff on Petition Date  Payoff on Petition Date: $4,491.37
   Payoff                               $74.86  /month (Months  1  to  60 )

   Last 4 Digits of Account No.: 4700
   Other: _____

- ☐ Real Property
  - ☐ Principal Residence
  - ☐ Other Real Property

Check one below for Real Property:
- ☐ Escrow is included in the regular payments
- ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: Granger grey motion sofa, Granger grey glider recliner, Granger grey consol loveseat, two five shelf ladder bookcases, grey and black sofa decorative pillows, faux concrete desk, furniture protector

B. **VALUATION OF COLLATERAL:**  ■ NONE

C. **LIEN AVOIDANCE**  ■ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ■ NONE

E.  **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Bridgecrest | 7601 | 2013 Dodge Challenger VIN 2C3CDYAG3DH579115 |
| 2. | Bridgecrest | 7401 | 2015 Chrysler 200 VIN 1C3CCCAB9FN691342 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

B. **INTERNAL REVENUE SERVICE:** ☒ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay   $171.00   /month (Months   1   to  60  )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:**   ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

If the bankruptcy court rules that funds recovered by the Debtor from her lawsuit against Citizens Property Insurance for refusing to pay a claim for damages sustained to her homestead real property are not exempt under F.S.A. 222.02, the Debtor will modify the plan to provide for the distribution of that portion of the funds determined to be nonexempt.

☐ Mortgage Modification Mediation

Debtor(s): Salimaa Mohammed Hernandez    Case number: 19-24794-AJC

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor    October 31, 2019            _____ Joint Debtor    _____
Salimaa Mohammed Hernandez              Date                                                                        Date

_____            October 31, 2019
Attorney with permission to sign on              Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**